IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOS CUCOS MEXICAN CAFÉ, XXII, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-1314 |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The defendant, Allied Property and Casualty Insurance Company, moved for intra-district transfer to the United States District Court for the Southern District of Texas, Galveston Division. (Docket Entry No. 4). Based on the motion, record, and governing law, the motion is denied without prejudice to reassertion if the remand issue is resolved so as to keep the case in federal court.

SIGNED on June 4, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge